July 03, 2009

Mr. David D. Sterling
Baker & Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Mr. Charles T. Frazier Jr.
Alexander Dubose & Townsend, LLP
4925 Greenville Avenue, Suite 717
Dallas, TX 75206
Honorable Robert E. Price
Judge, Probate Court No. 2
509 Main Street, Rm. 211
Dallas, TX 75202-3513

RE: Case Number: 07-0665
 Court of Appeals Number: 05-07-00590-CV
 Trial Court Number: 04-2615-P2 (A)

Style: IN RE MORGAN STANLEY & CO. INC., SUCCESSOR TO MORGAN STANLEY
 DW, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued opinions the above-referenced
cause. You may obtain a copy of the opinions at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinions by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice O'Neill not sitting)

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. John |
| |Warren |
| |Ms. Lisa Matz |